IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | |
|---|---|
| ASALEE M. DURHAM, | * |
| | * |
| Plaintiff, | * |
| vs. | *   No. 2:12-cv-00129-SWW |
| | * |
| | * |
| WOODRUFF COUNTY; THE | * |
| WOODRUFF COUNTY SHERIFF'S | * |
| DEPARTMENT AND WOODRUFF | * |
| COUNTY SHERIFF, BRUCE GOLDEN, | * |
| in his Official and Individual Capacity, | * |
| | * |
| Defendant. | * |

ORDER

The Court's attention has been directed to the fact that plaintiff herein is presently proceeding *pro se*. The purpose of this Order is to direct plaintiff's attention to the fact that plaintiff is required to be familiar and comply with all the Federal Rules of Civil Procedure as well as the Local Rules of this Court. Failure to so comply <u>can</u> result in dismissal of plaintiff's claim. The Federal Rules of Civil Procedure are available in many libraries and bookstores and the Local Rules can be obtained from the Clerk of the Court for the Eastern District of Arkansas. In addition, said rules may be accessed from the internet website of the United States District Court for the Eastern District of Arkansas. Plaintiff is hereby instructed to be familiar and comply with said rules.[1]

---

[1] Local Rule 5.5(c)(2) provides: Parties appearing *pro se*. It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

The Clerk of Court is directed to serve this Order on plaintiff by both regular and certified mail, return receipt requested.

IT IS SO ORDERED this 12th day of July 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE