IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | | |
|---|---|---|
| ASALEE M. DURHAM, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 2:12-cv-00129-SWW |
| | * | |
| | * | |
| WOODRUFF COUNTY; THE | * | |
| WOODRUFF COUNTY SHERIFF'S | * | |
| DEPARTMENT AND WOODRUFF | * | |
| COUNTY SHERIFF, BRUCE GOLDEN, | * | |
| in his Official and Individual Capacity, | * | |
| | * | |
| Defendants. | * | |

## ORDER

The parties having reached a settlement, the joint motion [doc.#25] of the parties to dismiss this action with prejudice is hereby granted.

IT IS SO ORDERED this 16th day of January 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE